which is 5-13-0364, Deatherage v. Dot Transportation. v. Dot Transportation, Inc.